NORTH MEMPHIS SAVINGS BANK et al. v. NEUHARDT. (Circuit Court of Appeals, Sixth Circuit. November 12, 1915.) No. 2736. Appeal from the District Court of the United States for the Western District of Tennessee. Silas McBee, Jr., of Memphis, Tenn., for appellant. G. J. McSpadden, of Memphis, Tenn., for appellee.

PER CURIAM. Dismissed by consent of parties.

---

PENNSYLVANIA STEEL CO. et al. v. NEW YORK CITY RY. CO. et al. (and four other cases). In re SECOND AVE. R. CO. IN CITY OF NEW YORK et al. v. ROBINSON. (Circuit Court of Appeals, Second Circuit. September 27, 1915.) No. 317. Appeal from the District Court of the United States for the Southern District of New York. Use and Occupation Proceeding. Motors Proceeding. On rehearing. Denied. Before COXE, WARD, and ROGERS, Circuit Judges.

PER CURIAM. It was incorrectly stated in the opinion (225 Fed. 734, —— C. C. A. ——) that the Metropolitan receivers had paid the special franchise tax for 1907 due in October of that year. This, however, in no way affects the decision, whose purpose was to define the manner in which the account should be stated between the receivers and the Second Avenue Railroad Company, viz.: That down to June 1, 1908, the receivers should be charged for use and occupation with an amount equal to the stipulated rent, and thereafter to November 13, 1908, only with the net earnings of the road. As the receivers have not paid the tax in question, they must be charged with it. The motion for a rehearing is denied.

---

PRICE v. GIBBS. (Circuit Court of Appeals, Sixth Circuit. June 12, 1915.) No. 2794. Appeal from the District Court of the United States for the Southern District of Ohio. John R. Tanner, of London, Ohio, for appellant. Chapin B. Beem, of Columbus, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to stipulation.

---

RYDER et al. v. BRUNS. (Circuit Court of Appeals, Eighth Circuit. December 14, 1915.) No. 4468. Appeal from the District Court of the United States for the Northern District of Iowa. Wallace R. Lane and Sebastian Hinton, both of Chicago, Ill., for appellants. John E. Stryker, of St. Paul, Minn., for appellee.

PER CURIAM. Dismissed per stipulation of parties; costs of appeal to be paid by party incurring same.

---

ST. LOUIS S. W. RY. CO. OF TEXAS v. MACIEL (two cases).† (Circuit Court of Appeals, Fifth Circuit. November 27, 1915.) No. 2788. In Error to the District Court of the United States for the Western District of Texas; Gordon Russell, Judge. S. P. Ross and Sam R. Scott, both of Waco, Tex., for plaintiffs in error. S. Engelking, of San Antonio, Tex., for defendant in error. Before PARDEE and WALKER, Circuit Judges, and SPEER, District Judge.

PER CURIAM. These cases were tried together in the District Court, are brought to this court on separate writs, and were heard here together. The errors assigned relate to the charge of the court as given and to the refusal of special charges requested, and we find none of the assignments well taken. The charge of the court was clear, and fairly and fully covered the issues in both cases, and was as favorable to the plaintiff in error as the proof warranted. The judgment of the District Court is affirmed in both cases.